UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Bankruptcy Court
Southern District of Texas
FILED
APR 2 3 2010
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § Plaintiff § § v. § § $14,914.00 IN U.S. CURRENCY, § § Defendant in rem. § § § | CIVIL ACTION NO. 4:10-cv-00965 |

**VERIFIED CLAIM AND STATEMENT OF INTEREST UNDER RULE G OF THE SUPPLEMENTAL RULES FOR ADMIRALTY OR MARITIME AND ASSET FORFEITURE CLAIMS**

RAJAGOPALA PILLAI and KAMALA PILLAI ("Claimants"), by and through their attorney of record, submit this Verified Claim and Statement of Interest ("Claim") in and to the above-referenced property that is the subject of this proceeding.

I.

Claimants timely file this Claim within thirty-five days from the date on which the <u>Rule G Notice of Forfeiture</u> and <u>Complaint for Forfeiture In Rem</u> ("Complaint") was sent to Claimants.

II.

Claimants identify that the $14,914.00 in U.S. Currency seized is their personal property, which was intended for the purchase of gifts for their son's wedding and for personal travel expenses in India.

2

III.

Claimants herein make their Claim and Statement of Interest to the $14,914.00 in U.S. Currency that was seized by agents of CBP on February 13, 2010 and that is the same United States Currency identified in the Notice of Complaint dated March 23, 2010.

Claimants' attorney signs this Claim on behalf of Claimants. Claimants provide the requisite Verifications attached to this Claim.

Respectfully submitted,
GIVENS & JOHNSTON, PLLC

By
Joseph A. Acayan
TBN: 24038730
FED ID: 35063
950 Echo Lane, Suite 360
Houston, Texas 77024
(713) 932-1540
(800) 285-8042
(713) 932-1542 (fax)

ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Claimants' Claim and Statement of Interest was mailed to Albert Ratliff, Assistant United States Attorney, on the 21st day of April, 20 10, at:

Albert Ratliff
Assistant United States Attorney
U.S. Attorney's Office
P.O. Box 61129
Houston, Texas 77208

Joseph A. Agayan
Attorney for Claimants

## VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

I, Kamala Pillai, Claimant, declare under penalty of perjury that I have read this Verified Claim, and the facts stated in this Claim are true and correct to the best of my knowledge and belief.

Executed on this 19th day of April, 2010.

_____
Kamala Pillai

SWORN TO and SUBSCRIBED before me by Kamala Pillai on this 19th day of April, 2010 in Houston, Texas.

LISA A. KERLEY
Notary Public, State of Texas
My Commission Expires
JULY 11, 2011

_____
Notary Public in and for the
State of Texas

VERIFICATION

| | |
|---|---|
| STATE OF TEXAS | § § § |
| COUNTY OF HARRIS | |

I, Rajagopala Pillai, Claimant, declare under penalty of perjury that I have read this Verified Claim, and the facts stated in this Claim are true and correct to the best of my knowledge and belief.

Executed on this 19th day of April, 2010.

_____
Rajagopala Pillai

SWORN TO and SUBSCRIBED before me by Rajagopala Pillai on this 19th day of April, 2010 in Houston, Texas.

LISA A. KERLEY
Notary Public, State of Texas
My Commission Expires
JULY 11, 2011

_____
Notary Public in and for the
State of Texas

HOUSTON TX 770

2010 CENSUS
Mail it Back

United States District Court
Southern District of Texas
RECEIVED
APR 23 2010
Clerk of Court

U. S. District Court
P. O. Box 51010
Houston, TX 77208

77208+5935

GIVENS & JOHNSTON, PLLC
950 ECHO LANE, SUITE 360
HOUSTON, TEXAS 77024-2788