

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>H-10-965 |
|---|---|
| DEFENDANT<br>$14,914.00 in US Currency (FP&F #20105309000103) | TYPE OF PROCESS<br>Warrant |

| SERVE AT | Name Of Individual,Company,Corporation,Etc. to Serve or Description of Property to Seize<br>Immigration and Customs Enforcement; Attn: Senior Special Agent Deanna Overholt |
|---|---|
|  | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>4141 N. Sam Houston Pkwy., Houston, TX 77032 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>ALBERT RATLIFF<br>ASSISTANT U.S. ATTORNEY<br>OFFICE OF THE UNITED STATES ATTORNEY<br>PO BOX 61129<br>HOUSTON, TEXAS 77208-1129 | Number Of Process To Be Served In This Case. | 1 |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | 1 |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Summons and Warrant for Arrest

| Signature of Attorney or other Originator requesting service on behalf of [X]Plaintiff [ ]Defendant | Telephone No.<br>713-567-9579 | Date<br>04/13/2010 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: *DmOverholt* | | Date<br>4/28/2010 |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. 71 | District to Serve No. 79 | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: *DmOverholt* | Date 4/28/2010 |
|---|---|---|---|---|

I hereby Certify and Return That I [X] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above:<br>Valetta Lacy | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.)<br>2350 N. Sam Houston Pkwy E, #1000<br>Houston, TX 77032 | Date of Service<br>4/28/2010 | Time of Service<br>3:27 | [ ] AM<br>[X] PM |
| | Signature, Title and Treasury Agency<br>DmOverholt, SSA, ICE | | |
| REMARKS: | | | |

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

# SUMMONS AND WARRANT FOR ARREST IN REM

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

4:10cv965

### HOUSTON DIVISION

To the U. S. Department of Homeland Security or any designated agent:

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by JOSE ANGEL MORENO, United States Attorney for said district, on behalf of the United States of America, against the following described property:

$14,914.00 in U.S. Currency that was seized from Rajagopala Pillai and Kamala Pillai on Febaruary 13, 2010, at the George Bush Intercontinental Airport in Houston, Texas. Funds are in the custody of the Office of Fines Penalty & Forfeitures, U.S. Customs and Border Protection, under FP&F #2010530900010301.

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the property described above and to detain it in your custody until further order of this Court. The United States shall give notice by publication through the internet at www.forfeiture.gov to all persons who may claim an interest in the property that they must file a verified claim within sixty (60) days from the first day of publication pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days of the filing of a claim. Note the execution below and return this writ to the Court.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| USDC Judge Kenneth M Hoyt | HOUSTON, TEXAS |
| **DATE:** 4/6/10 | **CLERK:** David J Bradley<br>CLERK OF THE COURT<br>**BY DEPUTY CLERK:** *[signature]* |

RETURNABLE ___ DAY AFTER ISSUE.

## RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| 79 | 04/28/2010 |
| Immigration and Customs Enforcement | **By SPECIAL AGENT:** DEANNA OVERHOLT, *[signature]* |