UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-965 |
| | § | |
| $14,914.00 IN U.S. CURRENCY | § | |

## ORDER OF VOLUNTARY DISMISSAL

It is Ordered that this action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas this 17th day of March, 2011.

_____
Kenneth M. Hoyt
United States District Judge